**So Ordered.**

Frank L. Kurtz
Bankruptcy Judge

**Dated: September 24th, 2012**

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: **SUSAN L. BENSON, d/b/a BENSON FAMILY FUNERAL SERVICE, INC.,** Debtor. | No.: **11-03679-FLK11** Chapter **11** **FINDINGS OF FACT** |
|---|---|

**THIS MATTER** coming before the Court upon the issues raised by Debtor's request for confirmation of Debtor's Second Amended Plan of Reorganization ("Plan") and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtor's Second Amended Plan of Reorganization was filed herein on July 13, 2012 and was submitted to Creditors and other parties in interest;

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

2. That subject to the terms of the Confirmation Order the Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

3. That the provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law; and

4. That (a) each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan; and

5. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period; and

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

7. That pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor have paid all installments provided by this Plan to be paid within that time.

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved or overruled.

9. It is proper that Debtor's Plan be confirmed, subject to the following:

a. The "Stipulation Resolving Objections to Plan by Sterling Savings Bank" filed herein is approved and shall control notwithstanding any provisions of the Plan to the contrary.

b. Notwithstanding any other provision of the Plan to the contrary, the Plan treatment of the claim of Tri County Economic Development District ("Tri Co") shall be modified as follows:

i. It shall be paid the sum of One Thousand Dollars ($1,000.00) per month as and for adequate protection until paid in full. The first payment shall be made within thirty (30) days of the sale and closing of Funeral Home and Chapel (Art. I, def. #24); and

ii. Tri Co shall retain its lien upon and in Cemetery and Crematorium.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Dan O'Rourke______________
DAN O'ROURKE, WSBA #4911



**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159